# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANNUM, INC.,**

    **Third-Party Plaintiff,**

**-vs-**                Case No. **6:09-cv-989-Orl-28GJK**

**CALLIE FARR,**

    **Third-Party Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF CHRISTIAN PRISON MINISTRIES, INC., MOTION FOR CLARIFICATION (Doc. No. 27)** |
| **FILED:** | **August 21, 2009** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On April 6, 2009, Third-Party Plaintiff Bannum, Inc. filed a third-party complaint ("Third-Party Complaint") entitled *Christian Prison Ministries v. Bannum, Inc. & Bannum, Inc. v. Callie Farr*, Case No. 08-CA-923, in the Circuit Court of the Ninth Judicial Circuit to this Court in and for Orange County, Florida. Doc. No. 6. On June 15, 2009, the Third-Party Complaint filed against Third-Party Defendant Callie Farr was removed to this Court. Doc. Nos. 1, 2. On July 14, 2009, the Court entered an Order on Interested Persons and Corporate Disclosure and Track Two Notice. Doc. Nos. 19, 20.

On August 21, 2009, Christian Prison Ministries ("CPM") filed a Motion for Clarification ("Motion"). Doc. No. 27. CPM states that upon removal of the Third-Party Complaint to the district court, CMP was no longer styled in the caption of the case and has not received any notices of activity from the federal action. *Id.* CPM requests that it be added to the style of the case as a party plaintiff. *Id.* Because CPM was not noticed of the removal of the case, it is also unsure of its obligations regarding compliance with Local Rule 3.05 pursuant to the Track Two Notice and any future deadlines in this matter. *Id.* Thus, CPM also requests that the Court clarify its obligations regarding its compliance with Local Rule 3.05 pursuant to the Track Two Notice and any further deadlines or court appearances in this matter. *Id.* CPM's Motion is unopposed. *Id.*, *see* Local Rule 3.01(g) Certification at 5. Thus, it is recommended that CPM's Motion (Doc. No. 27) be **GRANTED** as follows:

1. CPM should be added to the style of this case as a party plaintiff;
2. The Track Two Notice (Doc. No. 19) issued on July 14, 2009, should apply to CPM; and
3. CPM should be directed to comply to the Order on Interested Persons and Corporate Disclosure (Doc. No. 19) also issued on July 14, 2009.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

RECOMMENDED at Orlando, Florida on September 28, 2009.

Copies to:
Presiding District Judge
Counsel of Record

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE