# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANNUM, INC,**

    Third-Party Plaintiff

-vs-                                                 **Case No. 6:09-cv-989-Orl-28GJK**

**CALLIE FARR,**

    Third-Party Defendant

---

# ORDER

This case is before the Court on Plaintiff Christian Prison Ministries, Inc.'s Motion for Clarification (Doc. No. 27) filed August 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 28, 2009 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff Christian Prison Ministries, Inc.'s Motion for Clarification (Doc. No. 27) is **GRANTED**.

3. The Clerk of Court is directed to add Christian Prison Ministries, Inc. to the style of this case as a party plaintiff.

4. The Track Two Notice (Doc. No. 19) issued on July 14, 2009 applies to Christian Prison Ministries, Inc.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party